

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-23-00267-CR

———————————————————

DENNIS ALLEN WHORTON, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1718988

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Memorandum Opinion by Justice Birdwell

**MEMORANDUM OPINION**

A jury convicted Dennis Allen Whorton of the offense of continuous sexual abuse of a young child under the age of 14 and assessed his punishment at 30 years' confinement. *See* Tex. Penal Code Ann. § 21.02(b). The trial court sentenced him accordingly. We affirm.

Whorton's court-appointed counsel has filed a motion to withdraw and a brief in support of that motion, in which brief he avers that, in his professional opinion, the appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967), by professionally evaluating the appellate record and demonstrating why no arguable grounds for relief exist. *See Stafford v. State*, 813 S.W.2d 503, 510–11 & n.3 (Tex. Crim. App. 1991). Counsel also complied with *Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014) (requiring appointed counsel to notify the client that the motion and brief have been filed; to provide the client a copy of each; and to take steps to assist the client in understanding his pro se rights, effectuating those rights, and securing pro se access to the record).

This court gave Whorton the opportunity to file a response on his own behalf, but he did not do so. Likewise, the State declined to file a responsive brief.

After an appellant's court-appointed counsel files a motion to withdraw on the ground that an appeal is frivolous and fulfills *Anders*'s requirements, we must independently examine the record for any arguable ground that may be raised on the

appellant's behalf. *See Stafford*, 813 S.W.2d at 511. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed counsel's brief and the appellate record. We agree with counsel that the appeal is wholly frivolous and without merit; we find nothing in the appellate record that arguably might support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Wade Birdwell

Wade Birdwell
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 11, 2024